846 A.2d 591

IN THE MATTER OF MICHAEL C. SCOON, AN ATTORNEY AT LAW (ATTORNEY NO. 0115911996).

April 23, 2004.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 and Rule 1:209–3(g), recommending that **MICHAEL C. SCOON** of **MAPLEWOOD** who was admitted to the bar of this State in 1996, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **MICHAEL C. SCOON** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MICHAEL C. SCOON** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **MICHAEL C. SCOON** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.